

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 12TH DISTRICT COURT OF WALKER COUNTY, GREETINGS:

On May 1, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Anthony Norman v. Ashlei Janak, Bobby Lumpkin, Bryan Collier, Shovanda D. Mathis, Margarita Thomas, Rocky Moore, and Tammy Shelby

Court of Appeals No. 15-24-00068-CV
Trial Court No. 2230570

The Court of Appeals entered the following judgment or order:

This cause, an appeal from the judgment in favor of appellees, Ashley Janak, Bobby Lumpkin, Bryan Collier, Margarita Thomas, Rocky Moore, and Tammy Shelby, was heard on the appellate record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this October 14, 2025.

**CHRISTOPHER A. PRINE, CLERK**